RECEIPT #_52614_
AMOUNT $_____
SUMMONS ISSUED____
LOCAL RULE 4.1____
WAIVER FORM____
MCF ISSUED____
BY DPTY. CLK.____
DATE____

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

F & D INTERNATIONAL TRADING INC.

Vs.

ADELWALE ADEBAYO,
d/b/a BISBAY HOLDINGS INTERNATIONAL

and

FLEET NATIONAL BANK, as Trustee

03 12547 RCL

MAGISTRATE JUDGE _____

## VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

Count I.  Breach of Contract

1. The plaintiff, F & D International Trading, Inc., is a duly organized corporation and citizen of the State of Washington, USA.

2. The defendant, Adelwale Adebayo, d/b/a Bisbay Holdings International, is a citizen of Revere, Massachusetts, with a usual place of business in Malden, Massachusetts.

3. On or about October 15, 2003, the plaintiff contracted to buy 200 metric tons (MT) of 65% copper cable at $945/MT, and 40 MT of electrical motor scrap at $320/MT from the defendant, as set out in purchase order contract 0302085. (Copy attached.)

4. On or about November 18, 2003, the plaintiff contracted to buy 50 MT of automobile radiator scrap at $1000/MT, and 400 MT of electrical motor scrap at $370/MT from the defendant, as set out in purchase order contract 0302086. (Copy attached.)

5. Pursuant to the contracts noted above, the defendant was to arrange to have the materials mentioned in paragraphs 3 and 4 shipped to China.

6. Pursuant to the contract noted in paragraph 3, on or about 10/16/03 the plaintiff paid the defendant $30,000 by wire transfer from its account at the Bank of America.

7. Pursuant to the contract noted in paragraph 3, on or about 10/17/03 the plaintiff paid the defendant $30,000 by wire transfer from its account at the Washington Mutual Bank.

8. Pursuant to the contract noted in paragraph 3, on or about 11/13/03 the plaintiff paid the defendant $145,120 by wire transfer from its account at the Bank of America.

9. Pursuant to the contract noted in paragraph 4, on or about 11/18/03 the plaintiff paid the defendant $10,000 by wire transfer from its account at the Bank of America.

10. Pursuant to the contract noted in paragraph 4, on or about 11/26/03 the plaintiff paid the defendant $30,000 by wire transfer from its account at the Bank of America.

11. Pursuant to the contract noted in paragraph 4, on or about 12/1/03 the plaintiff paid the defendant $20,000 by wire transfer from its account at the Bank of America.

12. The materials shipped to China pursuant to the contracts set out in paragraphs 3 and 4 above, were not the materials contracted for, but rather contaminated oil filters.

13. The defendant was to have the materials inspected by SGS Control Services, Inc., for weight and quality, and, thereafter, provide the plaintiff with the appropriate SGS certificate. The defendant was also to provide a certificate from CCIC, the government entity that examines for contaminated materials.

14. The defendant did provide an SGS Certificate and a CCI Certificate, however, both certificates obtained by the defendant and provided to plaintiff were forgeries.

15. The plaintiff has demanded that the defendant refund the $265,120 it has paid the defendant, but the defendant has failed and refused to provide the plaintiff with any refund.

Wherefore, the plaintiff, F & D International Trading, Inc., demands judgment against the defendant, Adelwale Adebayo, d/b/a Bisbay Holdings International, in the amount of $265,120, plus interest, costs additional customs and delivery charges and attorneys fees. Plaintiff demands trial by jury on all counts and on all issues.

Count II. Trustee Attachment

16. Fleet National Bank is a duly established banking institution with a usual place of business at 1 Fleet Way, Scranton, PA.

17. The payments made by the plaintiff to the defendant were done by wire transfer to defendant's account # 94197-70267 at the Fleet National Bank in Scranton, PA.

18. The name on account # 94197-70267 is believed to be in the name of Bisbay Holdings International or Adelwale Adebayo or Adelwale Adebayo d/b/a Bisbay Holdings International.

Wherefore, the plaintiff requests this court cause to be attached funds standing in the name of Adelwale Adebayo, and to attach funds standing in the name of Bisbay Holdings International, including, but not limited to account # 94197-70267 at Fleet National Bank, in the total amount of $350,000.00 for the amounts of the wire transfers plus custom fees, delivery fees, attorney's fees and costs and interest.

Verified by,

_____
Frank Yuan, President
F & D International Trading, Inc.
15012 NE 8th PL
Bellevue, WA 98007
206-898-0892

By its attorney,

_____
Mark A. White, BBO #525520
O'Brien & White, Professional Corporation.
50 Congress Street, Suite 936
Boston, MA 02109
617-248-2345

Dated: December 17, 2003



# F & D International Trading Company
15012 NE 8th PL Bellevue WA, 98007
## Purchase Order Agreement ("Contract")

Contract#: __0302085__                                    Bellevue, WA.  __10/15/2003__

F & D International Trading Company RECYCLING SALES, (hereinafter the "Buyer"), agrees to buy and _____ __Bisbay Holdings International__ _____ (hereinafter the "Seller") agrees to sell the materials(s), hereinafter the "Material", hereinafter mentioned in the quantities and at the price(s) specified, on the terms set forth below and on the back of the Contract, which terms are agreed to be an integral part hereof.

| MATERIAL | Price | QUANTITY |
|---|---|---|
| 65% Copper Cable | USD $945 / MT, C&F Shanghai Port, China. | Estimated 200 MT +/- 10% of the Total Weight |
| Electrical Motor Scrap | USD $320 / MT, C&F Shanghai Port, China. | Estimated 40 MT +/- 10% of the Total Weight |
| Note: | Buyer and Seller shall have weight determined by licensed public weigher at shipping points. | |

**SHIPPING TERM:** C&F term. Container(s) at Shanghai Port, China.

**TERMS:** By telegraphic wire transfer $60,000 as deposit before loading. Upon the receiving the faxed copies of the associated documents (it must include original China Shipping Bill of Lading) and base upon the determined weight on China Shipping Bill of Lading, Buyer will immediately wire remaining balance payment for credit to Bisbay Holdings International. Seller will immediately express-mail all the "original" associated documents to Buyer.

**SHIPMENT:** Receive at Shanghai Port, China before 12/10/2003.

**FREIGHT COMPANY:** Determine by Seller.

**ADDITIONAL TERMS:**
1. No wooden slats and no plastic slats are allowed inside of all the container(s).
2. Associated documents must include *Original China Shipping Bill of Lading*, *Packing List*, *CCIC Certificate*, *SGS Certificate on 65% Copper Cable*, and *Invoice*.
3. Partial Shipment is not allowed.
4. CCIC inspection certificated cost on all container(s) is paid by Seller.
5. SGS certificate must guarantee *ALL* the copper cable contains 65% copper, and the SGS certificate cost on copper cable is paid by Seller.
6. Seller provides 5 digital pictures of each container, at 25%, 50%, 75%, and 100% of the loading process.

**REMARKS:** Seller shall be responsible for drayage, forwarding and wharfage cost, if any, until the container(s) reach Shanghai Port, China. All other costs shall be for the account of Buyer.

**BUYER'S REFERENCE:** 0302085

Confirming conversation between your __Wale Adebayo__ and our __Frank Yang__.

Unless otherwise expressly provided herein, all Material sold pursuant to this Contract is sold and accepted on an "AGREED QUALITY" basis. All deviation or alteration from the above contract must require from all parties.

__Bisbay Holdings International__                              __F & D International Trading Company__

Accepted: _____ Date: 10/15/03        By: _____ Date: 10-15-03
                    SELLER                                                   BUYER

**Original**

# Contract

Contract No : AOA/123
Date         : October 15, 2003

The Buyers:   F & D International Trading Company
              15012 NE 8th PL
              Bellevue, WA 98007 USA
              Tel: 1-206-898-0892
              Fax: 1-206-350-1266

The Seller:   Bisbay Holdings International
              6 Pleasant Street
              Malden MA, 02148 USA
              Tel: 001-781-397-1900
              Fax: 001-781-823-0267

This contract is made by and between the Buyers and Sellers, whereby the Buyers agree to buy and the Sellers agree to sell the under-mentioned commodity according to the terms and conditions stipulated by:

| 1. Commodity | 2. Quantity | 3. Unit Price | 4. Amount | 5. Total Value |
|---|---|---|---|---|
| PVC COPPER CABLE SCRAP 65% min copper content | 200 Metric Ton | USD945.00/MT. CNF, Shanghai Port, China | USD189,000.00 | USD189,000.000 |
| Electric Motor | 40 mt | USD320.00 / mt CNF, Shanghai Port, China | USD12,800.00 | USD12,800.00<br><br>Total: USD201,800.00 |

**Total amount in words: United States Dollars Two Hundred and One thousand dollars, eight hundred dollars only .**

6. Shipment date: Shipment within 25 days on receipt of deposit .

7. Delivery Terms: C&F, **Shanghai Port**, China

8. Terms of payment : advance payment of USD $60,000 to be made immediately after signing the contract. The balance payment should be made on receipt of the following fax copy's ;
a] copy of packing list
b] copy of ocean bill of laden / Transport document of the shipping company directly.
c] CCIC Certificate.
d] SGS Report
e) Invoice

**FINAL PAYMENT WILL BE SENT WITHIN 24 hours FROM RECEIPT OF THE ABOVE FAX COPIES.**

after the receipt of the balance payment following documents will be couriered
a] all above original documents
b] bill of lading – original. (It must include Original China Shipping Bill of Lading)

12. Partial shipment not allowed.
13. Transhipment allowed.
14. 10% more or less allowed for quantity and value.

This contract made in duplicate and one copy to be held by each party in witness thereof.

The Buyers

The Sellers

F & D International Trading Company

Bisbay Holdings International

Bisbay Holdings International



# F & D International Trading Company
15012 NE 8th PL Bellevue WA, 98007
## Purchase Order Agreement ("Contract")

Contract #: __0302085__   Bellevue, WA. __11/18/2003__

F & D International Trading Company RECYCLING SALES, (hereinafter the "Buyer"), agrees to buy and _____ __Bisbay Holdings International__ _____ (hereinafter the "Seller") agrees to sell the materials(s), hereinafter the "Material", hereinafter mentioned in the quantities and at the price(s) specified, on the terms set forth below of the Contract, which terms are agreed to be an integral part hereof.

| MATERIAL | Price | QUANTITY |
|---|---|---|
| Automobile Radiator Scrap | USD $1000 / MT, C&F Shanghai Port, China. | Estimated 50 MT +/- 10% of the Total Weight |
| Electrical Motor Scrap | USD $370 / MT, C&F Shanghai Port, China. | Estimated 400 MT +/- 10% of the Total Weight |
| Note: | Buyer and Seller shall have weight determined by licensed public weigher at shipping points. | |

**SHIPPING TERM:** C&F term. Container(s) at Shanghai Port, China.

**TERMS:** By telegraphic wire transfer $10,000 on Nov. 18th and $$50,000 by Nov. 21st as deposit before loading. Upon the receiving the faxed copies of the associated documents (It must include original Bill of Lading) and base upon the determined weight on original Bill of Lading and SGS certificate, Buyer will immediately wire remaining balance payment for credit to Bisbay Holdings International. Seller will immediately express-mail all the "original" associated documents to Buyer.

**SHIPMENT:** Receive at Shanghai Port, China before 12/15/2003.

**FREIGHT COMPANY:** Determine by Seller.

**ADDITIONAL TERMS:**
1. No wooden slats and no plastic slats are allowed inside of all the container(s).
2. Associated documents must include: *Original China Shipping Bill of Lading, Packing List, CCIC Certificate, SGS Certificate of weight and copper content on Radiator Scrap and on Electrical Motor Scrap, and Invoice.*
3. Partial Shipment is not allowed.
4. CCIC inspection certificates cost on all container(s) is paid by Seller.
5. SGS certificate must guarantee *ALL* the radiators contains 70% copper, and *ALL* the electrical motors contains 18% copper, and the SGS certificate cost is paid by Seller.
6. Seller provides 3 digital pictures of each container, at 50% and 100% of the loading process.

**REMARKS:** Seller shall be responsible for drayage, forwarding and wharfage cost, if any, until the container(s) reach Shanghai Port, China. All other costs shall be for the account of Buyer.

**BUYER'S REFERENCE:** 0302085

Confirming conversation between your __Wale Adebay__ and our __Frank Yang__

Unless otherwise expressly provided herein, all Material sold pursuant to this Contract is sold and accepted on an "AGREED QUALITY" basis. All deviation or alteration from the above contract must require from all parties.

_____ __Bisbay Holdings International__ _____   _____ F & D International Trading Company _____

Accepted: _[signature]_ SELLER   Date: 11/18/03   By: _[signature]_ BUYER   Date: 11-18-03

Original

## Contract

**Contract No : AOA/129**
**Date         : November 18, 2003**

**The Buyer: F & D International Trading Company**
            15012 NE 8th PL
            Bellevue, WA 98007 USA
            Tel: 1-206-898-0892
            Fax: 1-206-350-1266

**The Seller:** Bisbay Holdings International
            6 Pleasant Street
            Malden MA, 02148 USA
            Tel: 001-781-397-1900
            Fax: 001-781-823-0267

This contract is made by and between the Buyers and Sellers, whereby the Buyers agree to buy and the Sellers agree to sell the under-mentioned commodity according to the terms and conditions stipulated by:

| 1. Commodity | 2. Quantity | 3. Unit Price | 4. Amount | 5. Total Value |
|---|---|---|---|---|
| Electric Motors | 400 Metric Ton | USD370.00 /MT. CNF, Shanghai, China | USD148,000.00 | USD148,000.00 |
| Copper Radiators | 50 Metric Ton | USD1000.00 / mt  CNF, Shanghai, China | USD50,000.00 | USD50,000.00 |
|  |  |  | Total: | USD198,000.00 |

**Total amount in words: United States Dollars One Hundred and Ninety Eight Thousand dollars only .**

6. Shipment date: Shipment within 25 days from receipt of deposit .

7. Delivery Terms: C&F, Shanghai Port, China

8. Terms of payment : advance payment of USD10,000 to be made immediately after signing the contract. The rest of the advance payment to make 30 % will be sent by 11/21/03. The balance should be made on receipt of the following fax copy's;

a) Copy of packing list
b) Copy of ocean bill of laden / Transport document of the shipping company directly
c) CCIC Certificate
d) SGS Report
e) Invoice

**FINAL PAYMENT WILL BE SENT WITHIN 24 HOURS FROM RECEIPT OF THE ABOVE FAX COPIES.**

After the receipt of the balance payment, the following documents will be couriered

a) All above original documents
b) Bill of laden – original

9. Partial shipment not allowed
10 Transhipment allowed
11. 10 % more or less allowed for quantity and value

This contract is made in duplicate nd one copy to be held by each party in witness thereof.

The Sellers                                          The Buyers

**Bisbay Holdings International**        F & D International Trading Company

[Stamp: Bisbay Holdings International, with signature]