UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

F & D INTERNATIONAL TRADING INC.

Vs.                                                      NO.

ADELWALE ADEBAYO,
d/b/a BISBAY HOLDINGS INTERNATIONAL       03    12547 RCL

and

FLEET NATIONAL BANK, as Trustee

### AFFIDAVIT OF FRANK YUAN

Now comes Frank Yuan, who after being duly sworn on oath states that the following facts are true:

1. I am the President of F & D International Trading, Inc., and I am personally familiar with the facts of this case.

2. The defendant owes the plaintiff $265,120 for money paid to the defendant pursuant to the contracts set out in the verified complaint.

3. Demand for payment was made on the defendant on or about            , 2003, but the defendant has not paid.

4. I know of no assets other than the bank account at Fleet National Bank which may be used to satisfy any judgment the plaintiff may recover from the defendant.

5. I know of no liability or other insurance policy of the defendant which may be used to satisfy any judgment the plaintiff may recover against the defendant.

6. I fear that if the requested trustee attachment is not granted, there may be no means of satisfying any judgment the plaintiff may recover.

7. I fear that if notice of the requested trustee attachment is given to the defendant, the defendant may place any such funds now in the hands of the Trustee out of the plaintiff's reach, and there may be no means of satisfying any judgment the plaintiff may recover.

SIGNED under the pains and penalties of perjury this 17 day of December, 2003.

Frank Yuan, President
F & D International Trading, Inc.

## STATE OF WASHINGTON

King County                                December 17, 2003

Then personally appeared the above-named Frank Yuan who after being duly sworn on oath stated that the foregoing facts are true, before me.

Notary Public

My Commission expires: 08 26 06

Notary Public
State of Washington
KIMBERLY M. PERAZA
My Appointment Expires Aug 26, 2006