*Commonwealth of Massachusetts*

*Suffolk, ss.*

FILED
IN CLERKS OFFICE

No. 03-12647-RCL

2004 JAN 5 P 12: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

*F & D International Trading, Inc.*

*Plaintiff(s)*

*vs.*

*Answer of the Garnishee*
*Fleet National Bank*

*Adelwale Adebayo d/b/a Bisbay Holdings International*

*Defendant(s)*

*and*

*Fleet National Bank*

*Trustee*

---

*And now the Fleet National Bank, a national banking association summoned as trustee of the defendant(s) in the above-entitled action, appears Sandra Allen, authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet is holding $834.48 in the name of Adelwale Adebayo d/b/a Bisbay Holdings International.*

*Signed under the pains and penalties of perjury.*

Fleet National Bank

By: [signature]    Date: 12/31/03

Sandra Allen
Court Order Processing
5701 Horatio Street
Utica, NY 13502



**FILED
IN CLERKS OFFICE

2004 JAN -5  P 12: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.**

Fleet National Bank
Court Order Processing
Mail Stop: NYUT35402J
5701 Horatio Street
Utica, NY 13502
Fax No. (401)-458-4167

December 31, 2003

Clerk of The U.S. District Court
U.S. Courthouse
One Courthouse Way
Boston, MA 02110

Re: F & D International Trading, Inc.
vs: Adelwale Adebayo d/b/a Bisbay Holdings International

Enclosed is a copy of the trustee's answer with respect to the above mentioned action. Please file on our behalf.

Sincerely,

Sandra Allen

cc: Mark A. White, Esq.