AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

2004 JAN 29 P 2: 59

F + D International Trading Inc

v.

Adelwale Adebayo d/b/a Bisbay Holdings, International

and

Fleet National Bank, as Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 03  12547 RCL

TO: (Name and address of Defendant)

Fleet National Bank
100 Federal Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. White
O'Brien & White, P.C
50 Congress Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

12-18-03

CLERK                                           DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE |
|---|---|
| | **December 18, 2003** |

| NAME OF SERVER | TITLE |
|---|---|
| **BURTON M. MALKOFSKY** | **Process Server / A Disinterested Person** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at:_____, MASSACHUSETTS

☒ Other:  By handing true and attested copies thereof to _____ **Mr. Stephen Austin, Vault Attendant and** _____

Duly Authorized Agent for the within-named_____ **Defendant, Fleet National Bank.** _____

Said service was made at:

_____ **100 Federal Street, Boston** _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | | TOTAL | |
|---|---|---|---|---|
| | | $ _____ 20.00 | | $ _____ 20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on_____ **December 18, 2003** _____    _____ *Burton M. Malkofsky* _____
　　　　　　　　　　　　Date　　　　　　　　　　　　　　　Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

### ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | TOTAL | $_____.00 |

**DUE & DILIGENT SEARCH**:    $ _____.00        No service was made
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**
**Massachusetts Constables since 1925**

**One Devonshire Place**
**Boston, MA  02109**

Telephone # (617) 720-5733
Fax #　　　(617) 720-5737