## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS



FILED
IN CLERK'S OFFICE

2004 JAN 29 P 2: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

F & D International Trading Inc.
**Plaintiff(s)**

V.

Adewale Adebayo d/b/a
Bisbay Holdings International
**Defendant(s)**

and

Fleet National Bank, as Trustee

CIVIL ACTION NO. 03 12547 RCL

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of her Deputies, and to _____, Process Server appointed by the Court;

**GREETINGS:**

In an action filed in this Court on December 18, 2003, in which the Plaintiff(s) is/are F & D International Trading Inc. , of 15012 NE 8th Pl, Bellevue, WA 98007 whose attorney is Mark A. White of 50 Congress Street, Boston, MA 02109 , and the defendant(s) is/are Adewale Adebayo d/b/a Bisbay Holdings International , of 6 Pleasant Street, Malden, MA 02148 , we command you to attach the real estate and/or personal property of the Defendant(s) Adewale Adebayo d/b/a Bisbay Holdings International in accordance with the following directions and/or limitations (if any): _____ to the value of $ 100,000.00 , and make due return of this writ with your doings thereon into said Court.

This attachment was approved on Dec. 18, 2003 2003, 19___ by the Honorable Reginald C. Lindsay in the amount of $ 100,000.00 .

Dated at Boston, MA this 18th day of December , 2003 19___.

TONY ANASTAS, CLERK

By: Lisa M Hourihan
**Deputy Clerk**

## PROOF OF SERVICE OF PROCESS

I, hereby certify and return that on **December  18 , 2003**, I served a copy of the within summons upon the within-named **Trustee,        Fleet National Bank        **

in the following manner:

by handing a true and attested copy thereof to         **Mr. Stephen Austin        **

it's         **Vault Attendant        ** and Duly Authorized Agent. Said

service was made at **3:28** O'Clock in the **Afternoon.**    Said service was made at Number

         **100 Federal Street, Boston        **, Massachusetts.

Dated: December  **18** , 2003

Fee: Service     **$34.00**

~~Constable and~~
~~Court-Appointed~~ Process Server

Afterward, on the same day I mailed, via U.S. First Class Mail, a true and attested copy of this Trustee Summons with my Proof of Service endorsed thereon, to the said Defendant (s) at his / her or their last and usual place of abode or business as stated within...

         **Adelwale Adebayo d/b/a Bisbay Holdings International        **
         **6 Pleasant Street, Malden, Ma.        **

Fee: Service     **$8.00**

Total Fees     **$42.00**

~~Constable and~~
~~Court-Appointed~~ Process Server

**N. B. to Process Server:**

(1) Promptly after the service of the Trustee Summons upon the Trustee or Trustees, a copy of the Trustee Summons with your return must be served upon the Defendant in the manner provided by Rule 5.

(2) Please place date you make service on Trustee in this box on the original and on copy served on Trustee and copy to attorney for Plaintiff.

Date Served: December  **18** , 2003

---

Suvalle, Jodrey & Associates         One Devonshire Place         Telephone # (617) 720-5733
Massachusetts Constables since 1925    Boston, MA  02109          Fax #       (617) 720-5737