AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

F & D International Trading Inc.

V.

Adelwale Adebayo d/b/a Bisbay
Holdings International

AND

Fleet National Bank, as Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03  12547 RCL**

TO: (Name and address of Defendant)

> Adelwale Adebayo d/b/a Bisbay Holdings International
> 6 Pleasant Street
> Malden, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Mark A. White
> O'Brien & White, Professional Corporation
> 50 Congress Street, Suite 936
> Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                              12-17-03

CLERK                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

DATE



**Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171**

*Middlesex, ss.*

February 13, 2004

By virtue of this writ I have made diligent search for the within-named ADELWALE ADEBAYO DBA BISBAY HOLDINGS INTERNATIONAL, and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county. I therefore return this writ without service. Deputy Expense ($15.00) Total Charges $15.00

Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                                 Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.