UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**F & D INTERNATIONAL TRADING INC.**

V.                                     CIVIL ACTION NO. 03-12547-RCL

**ADELWALE ADEBAYO**

### CONDITIONAL ORDER OF DISMISSAL

LINDSAY, D.J.

    A Scheduling Conference having been scheduled for May 12, 2004 at 2:00PM and counsel for the plaintiff having failed to appear; it is hereby ORDERED:

    Case will be DISMISSED 10 days from the date of this order unless counsel for the plaintiff notifies the court, in writing, as to why this case should not be dismissed.

/s/ Lisa M. Hourihan

May 13, 2004                         ---------------------------
                                                                 Deputy Clerk