AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

F & D International Trading, Inc

v.

Adelwale Adebayo d/b/a Bisbay Holdings International

and

Fleet National Bank, as Trustee

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-12547-RCL

TO: (Name and address of Defendant)

Adelwale Adebayo d/b/a Bisbay Holdings International
6 Pleasant Street
Malden, Massachusetts

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. White
O'Brien & White, Professional Corporation
50 Congress St., Suite 936
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  3-4-04



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

May 4, 2004

I hereby certify and return that on 3/19/2004 at 11:00:00 AM I served a true and attested copy of the Summons, Complaint and Cover Sheet, Catogory Sheet, 2motions, 2affidavits, Exparte Affivdavit in this action in the following manner: To wit, by leaving at the last and usual place of abode of Adelwale Adebayo dba Bisbay Holdings Internationa, 17A Keayne Street Revere, MA 02151 and by mailing 1st class to the above address on 3/19/2004. In the service hereof it was necessary and I actually used a motor vehicle 10 miles. Basic Service Fee (LU) ($20.00), U.S. District Court Fee ($5.00), Conveyance ($3.00), Travel ($6.40), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $40.40

Deputy Sheriff William Stella

_____
Deputy Sheriff