6-04-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

F & D INTERNATIONAL TRADING INC.

Vs.

C.A. No. 03-12547-RCL

ADELWALE ADEBAYO,
d/b/a BISBAY HOLDINGS INTERNATIONAL

and

FLEET NATIONAL BANK, as Trustee

## MOTION TO REVOKE ORDER OF DISMISSAL

Now comes the plaintiff in the above-referenced action and moves to revoke the Order of Dismissal entered on or about May 12, 2004. In support of this Motion, plaintiff states that he did not receive notice of the Scheduling Conference. Please see Affidavit of Mark A. White previously filed with this Court.

By his attorney,

_____
Mark A. White, BBO #525520
O'Brien & White, Professional Corporation
50 Congress Street, Suite 936
Boston, MA 02109
617-248-2345

Dated: June 2, 2004

## CERTIFICATE OF SERVICE

I, Mark A. White, attorney for the plaintiff, hereby certify that on June 2, 2004, a copy of the within Motion was served on the defendant by mailing a copy hereof, postage prepaid to Adelwale Adebayo, 17A Keayne Street, Revere, Mass.

_____
Mark A. White