UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

F & D INTERNATIONAL TRADING INC.

Vs.                                                                                          NO. 03-12547-RCL

ADELWALE ADEBAYO,
d/b/a BISBAY HOLDINGS INTERNATIONAL

and

FLEET NATIONAL BANK, as Trustee

### MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the plaintiff in the above-referenced action and moves to continue the Scheduling Conference from September 22, 2004, to November 2, 2004.

In support of this Motion, plaintiff's counsel states that in accordance with Notice received from the Court counsel has had several conversations with defendant. This has been complicated by the fact that defendant, Adelwale Adebayo, is pro se, and that plaintiff has been in mainland China and Hong Kong for the past several months and communication has been difficult. Discussions have been ongoing and the parties are hopeful of reaching a resolution.

WHEREFORE, the plaintiff requests that the Scheduling Conference be continued from September 22, 2004, to November 2, 2004.

By his attorney,

_____
Mark A. White, BBO #525520
O'Brien & White, Professional Corporation
50 Congress Street, Suite 936
Boston, MA 02109
617-248-2345

Assented to

_____
Adelwale Adebayo, Defendant Pro se

Dated: September 17, 2004