9/20/2004



Clerk of Court
United States District Court for the
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   F & D INTERNATIONAL TRADING, INC.

v.

ADEWALE ADEBAYO d/b/a BISBAY HOLDINGS INTERNATIONAL.

And
FLEET NATIONAL BANK, AS TRUSTEE

CASE NUMBER: 03-12547-RCL

Dear Sirs/Madam:

Please be advised of our new address which can be found below. Please use effective immediately this new address for future correspondence regarding this case.

**Adelwale Adebayo
Bisbay Holdings International
17A Keayne Street
Revere, MA 02151**

Yours Faithfully,

Adewale Adebayo