UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**F&D INTERNATIONAL TRADING INC.**

V.                                          CIVIL ACTION NO. 03-12547-RCL

**ADELWALE ADEBAYO**

### SETTLEMENT ORDER OF DISMISSAL

LINDSAY, D.J.

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

November 3, 2004

/s/ Lisa M. Hourihan
---------------------------
Deputy Clerk

```
               UNITED STATES DISTRICT COURT

                 DISTRICT OF MASSACHUSETTS
```

**F&D INTERNATIONAL TRADING INC.**

V.                            CIVIL ACTION NO. 03-12547-RCL

**ADELWALE ADEBAYO**

### SETTLEMENT ORDER OF DISMISSAL

LINDSAY, D.J.

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

```
                                    /s/ Lisa M. Hourihan
November 3, 2004                    ---------------------------
                                    Deputy Clerk
```