UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

F & D INTERNATIONAL TRADING INC.

Vs.                                                          NO. 03-12547-RCL

ADELWALE ADEBAYO,
d/b/a BISBAY HOLDINGS INTERNATIONAL

and

FLEET NATIONAL BANK, as Trustee

## MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the plaintiff in the above-referenced action and moves to continue the Scheduling Conference presently scheduled for November 3, 2004, for thirty (30) days.

In support of this Motion, plaintiff's counsel states that after several discussions the parties have reached a tentative agreement and are in the process of drafting an Agreement for Judgment for signature by all parties.

WHEREFORE, the plaintiff requests that the Scheduling Conference scheduled for November 3, 2004, be continued for thirty (30) days.

By its attorney,

Mark A. White, BBO #525520
O'Brien & White, Professional Corporation
50 Congress Street, Suite 936
Boston, MA 02109
617-248-2345

Assented to

Adelwale Adebayo, Defendant Pro se

Dated: November 16, 2004