UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

F & D INTERNATIONAL TRADING, INC.

Plaintiff,

vs.

ADEWALE ADEBAYO, d/b/a BISBAY HOLDINGS INTERNATIONAL

and

FLEET NATIONAL BANK, as trustee

Defendant.

Civil Action No. 03-12547-RCL

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff F & D International Trading, Inc. and Defendant Adewale Adebayo d/b/a Bisbay Holdings International hereby stipulate and agree that this action be dismissed in its entirety with prejudice and without costs or attorney's fees to any party. The Trustee shall be discharged and any and all attachments and attachments on trustee process released and dismissed.

F & D INTERNATIONAL, INC.

By their attorney,

_____
Mark A. Whte (BBO 525520)
O'Brien & White, P.C.
50 Congress Street
Boston, MA  02109
(617) 248-2345

ADEWALE ADEBAYO

Pro Se

_____
Adewale Adebayo    11/12/2005
Bisbay Holdings International
6 Pleasant Street
Suite 404
Malden, MA  02148

Dated: December ___, 2004